# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes, | No. CV-16-08008-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Allow Electronic Filing (Doc. 9). The Court notes that Plaintiff is set up to receive notices of electronic filings pursuant to his request (Doc. 8). This Court does not typically allow pro se parties to file electronically and thus will deny the motion. Accordingly,

**IT IS HEREBY ORDERED** denying the Motion to Allow Electronic Filing (Doc. 9).

Dated this 28th day of January, 2016.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge