Brian Edward Malnes
2157 West Alaska Avenue
Flagstaff, Arizona, 86001
928-774-4580

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes,<br><br>    Plaintiff *Pro se*,<br><br>vs.<br><br>State of Arizona, Michele Reagan<br><br>    Defendants. | CV-16-08008-PCT-GMS<br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATUTE** |

    Brian Edward Malnes (Plaintiff) comes before the Court to give Notice of Constitutional Challenge to a Statute pursuant to F.R.C.P. 5.1. The Arizona state statue that violates the U.S. Constitution A.R.S. § 16-101 (A)(5), as discussed in the Plaintiff's filing (Doc. 16) "Response to Defendants' Motion to Dismiss."

    This Notice has also been sent by electronic mail to the State of Arizona's attorney general's office in accordance to F.R.C.P. 5.1(a)(2).

1

Brian Edward Malnes, *Pro se*

Dated this 26th day of February 2016.

Brian Edward Malnes
2157 W. Alaska Ave.
Flagstaff, AZ 86001
928-774-4580
malnes@me.com
Plaintiff, *Pro se*

2

Brian Edward Malnes, *Pro se*