1    Mark Brnovich
     Attorney General
2
     James Driscoll-MacEachron, Bar No. 027828
3    Kara M. Karlson, Bar No. 029407
     Assistants Attorney General
4    1275 W. Washington
     Phoenix, Arizona 85007-2997
5    Telephone: (602) 542-8137
     Fax:  (602) 542-8308
6    James.Driscoll-MacEachron@azag.gov
     Kara.karlson@azag.gov
7
     Attorneys for Defendants
8

9
                 IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE DISTRICT OF ARIZONA
11

12   Brian Edward Malnes,

                        Plaintiff,              Case No: 3:16-cv-08008-GMS
13
                                                **DEFENDANTS' RESPONSE TO**
14   vs.                                        **PLAINTIFF'S  MOTION TO STRIKE**

15   State of Arizona; Michele Reagan,

16                      Defendants.

17         Defendants the State of Arizona and Arizona Secretary of State Michele Reagan

18   respectfully request this Court deny Plaintiff Brian Edward Malnes' Motion to Strike to

19   Defendants' Improper Filing [Doc #24], because Defendants' Response was timely filed.

20         Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction

21   ("Motion") was filed with this Court on March 1, 2016.  According to Rule 7.2(c), Loc.

22   Fed. R. Civ. P., responding parties generally have at least fourteen days to respond to

23   motions like the one filed by Plaintiff.  Rule 6(d) also provides for an additional three

24   days whenever a motion is served "under Rule 5(b)(2)(C), (D), (E), or (F)."  Fed. R. Civ.

25   P. 6(d).  Plaintiff's Motion was served upon Defendants pursuant to Rule 5(b)(2)(E) on

26   March 1, 2016.  Therefore, Defendants' deadline to file their Response to Plaintiff's

27   Motion was March 18, 2016.

28

1    As the record shows, Defendants' Response was filed on March 17, 2016— a day

2 before the deadline.  Therefore, Plaintiff's Motion to Strike is improper and should be

3 denied.

4         Respectfully submitted this 22nd day of <u>March</u>, <u>2016</u>.

5                                        Mark Brnovich
                                         Attorney General

6

7          s/ Kara M. Karlson
                                         James Driscoll-MacEachron
8                                        Kara M. Karlson
                                         Assistants Attorney General
9                                        Attorneys for Defendants

10

11        I certify that I electronically transmitted the attached document to the Clerk's

12 Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

13 Filing to the following, if CM/ECF registrants, and mailed a copy of same if non-

14 registrants, this <u>22nd </u>day of <u>March</u>, <u>2016</u>:

15

Brian Edward Malnes
16 2157 W. Alaska Ave.
Flagstaff, AZ  86001
17 Plaintiff pro per

18   s/ Maureen Riordan

19

20

21

22

23

24

25

26 #4977988

27

28

2