Brian Edward Malnes
2157 West Alaska Avenue
Flagstaff, Arizona, 86001
928-774-4580

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 23 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ E. DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes, | CV-16-08008-PCT-GMS |
| Plaintiff *Pro se*, | **REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE** |
| vs. | |
| State of Arizona, Michele Reagan | |
| Defendants. | |
| | ORAL ARGUMENT REQUESTED |

    Brian Edward Malnes (Plaintiff) comes before the Court to file a "Reply to Defendants' Response to Plaintiff's Motion to Strike." The Defendants in their, "Defendants' Response to Plaintiff's Motion to Strike [Doc. #27]," argue, "Rule 6(d) also provides for an additional three days whenever a motion is served 'under Rule 5(b)(2)(C), (D), (E), or (F).' Fed. R. Civ. P. 6(d). Plaintiff's Motion was served upon Defendants pursuant to Rule 5(b)(2)(E) on March 1, 2016." However, The Plaintiff did not file under the Rule that allows for the extra three days, instead the Plaintiff filed under Fed. R. Civ. P. 5(b)(3)—*Using Court Facilities*, which, by Rule, does not qualify the Defendants to an additional three days.

1

Brian Edward Malnes, *Pro se*

THEREFORE, the Plaintiff requests the Court to disregard the Defendants Response (Doc. 27), and refer to Plaintiff's original Motion to Strike (Doc. 25).

Dated this 22nd of March 2016.

*[signature]*

Brian Edward Malnes

2157 W. Alaska Ave.

Flagstaff, AZ 86001

928-774-4580

malnes@me.com

Plaintiff, *Pro se*

Brian Edward Malnes, *Pro se*