# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes, | No. CV-16-08008-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Strike (Doc. 25) and Defendants' Response thereto (Doc. 27). After review the Court finds that the Response to the Motion for Temporary Restraining Order was timely filed. Accordingly,

**IT IS ORDERED** denying Plaintiff's Motion to Strike (Doc. 25).

Dated this 23rd day of March, 2016.

Honorable G. Murray Snow
United States District Judge