Brian Edward Malnes
2157 West Alaska Avenue
Flagstaff, Arizona, 86001
928-774-4580

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian Edward Malnes, | ) | CV-16-08008-PCT-GMS |
| | ) | |
| Plaintiff *Pro se*, | ) | **NOTICE OF SERVICE** |
| vs. | ) | |
| State of Arizona, Michele Reagan | ) | |
| Defendants. | ) | |

      This Notice of Service affirms that the Plaintiff, Brian Edward Malnes, served by U.S. Mail, on May 25, 2016, the following attorneys at the address listed below:

1.     James Driscoll-MacEachron and Kara Karlson

       Office of Attorney General

       1275 W. Washington Street

       Phoenix, Arizona 85007-2997

Brian Edward Malnes, *Pro se*

Service included: "Motion for Preliminary Injunction." This service conforms to Fed. R. Civ. P. 5(b). This Notice of Service will be filed with the Court.

Dated this 24th day of May 2016.

Brian Edward Malnes
2157 W. Alaska Ave.
Flagstaff, AZ 86001
928-774-4580
malnes@me.com
Plaintiff, *Pro se*

Brian Edward Malnes, *Pro se*