Brian Edward Malnes
2157 West Alaska Avenue
Flagstaff, Arizona, 86001
928-774-4580



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes,<br><br>    Plaintiff *Pro se*,<br><br>vs.<br><br>State of Arizona, Michele Reagan<br><br>    Defendants. | CV-16-08008-PCT-GMS<br><br>**MOTION TO STRIKE<br>DEFENDANTS' NOTICE OF ERRATA** |

    Brian Edward Malnes (Plaintiff) comes before the Court to file a "Motion to Strike Defendants,' 'Notice of Errata' (Doc. #45)" pursuant to Local Rule 7.2, which provides for only a responsive memorandum (Doc. # 37) and a reply memorandum (Doc. #43) to Plaintiff's "Motion for Preliminary Injunction" (Doc. #35). However, the Defendants are providing a Sur-Reply in the guise of a Notice of Errata. By not amending, or correcting the incorrect information provided in (Doc. #35), and instead providing additional evidence, and opinion by Eric Spencer in the "Second Declaration of Eric Spencer," in essence the Defendants are providing a Sur-Reply. This violates Local Rule and only allows the Defendants and opportunity to obfuscate the

Brian Edward Malnes, *Pro se*

perjury clearly committed by Eric Spencer in in "First," declaration that was also stated under oath. The Plaintiff has requested the opportunity to depose Eric Spencer who has testified, under oath, to two conflicting realities. As the Defendant's have used their "Notice" (Doc. #45) as a Sur-Reply the Plaintiff asks the Court to Strike Document #45 as it violates Local Rule.

Dated this 29th day of June 2016.

_____

Brian Edward Malnes

2157 W. Alaska Ave.

Flagstaff, AZ 86001

928-774-4580

malnes@me.com

Plaintiff, *Pro se*