Brian Edward Malnes
2157 West Alaska Avenue
Flagstaff, Arizona, 86001
928-774-4580

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Edward Malnes,<br><br>    Plaintiff *Pro se*,<br><br>vs.<br><br>State of Arizona, Michele Reagan<br><br>    Defendants. | CV-16-08008-PCT-GMS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Brian Edward Malnes, Plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered in this action by G. Murray Snow, U.S. District Judge on the 5th of July 2016.

Dated this 5th day of January 2016.

Brian Edward Malnes
2157 W. Alaska Ave.
Flagstaff, AZ 86001
928-774-4580
malnes@me.com
Plaintiff, *Pro se*

Brian Edward Malnes, *Pro se*