

16-16208 Brian Malnes v. State of Arizona, et al "Mandate Issued (Screening/Motions Panel)"
ca9_ecfnoticing
to:
08/22/2017 08:41 AM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/22/2017 at 8:41:09 AM PDT and filed on 08/22/2017

| Case Name: | Brian Malnes v. State of Arizona, et al |
|---|---|
| Case Number: | 16-16208 |
| Document(s): | Document(s) |

**Docket Text:**
MANDATE ISSUED. (RAP, CTB and MHM) [10552909] (Westbrooke, Craig)

**Notice will be electronically mailed to:**

Kara Marie Karlson
USDC, Prescott, District/Bankruptcy Clerk

**Case participants listed below will not receive this electronic notice:**

Brian Edward Malnes
2157 W Alaska Ave.
Flagstaff, AZ 86001

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:** /opt/ACECF/live/forms/CraigWestbrooke_1616208_10552909_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/22/2017] [FileNumber=10552909-0]
[9358b2e945f3902ba58fe6cf663dc1e0b6d8c14fff5322689a17dec23c59fd56784e005a5b30bd8c502afe8cae5eba75accf2521823f8be3afaee99d7aa458
**Recipients:**

- Kara Marie Karlson
- Brian Edward Malnes
- USDC, Prescott, District/Bankruptcy Clerk

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10552909
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 12481845